UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL SAUSEDO, | ) | No. CV 12-3474 MMM (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is dismissed with prejudice.

DATED: November 6, 2013

_____
MARGARET M. MORROW
United States District Judge